1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| LARON LEE LARRIMORE, | ) Case No. CV 13-8841 JVS (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |
| ————————————————— | ) |

11
12
13
14
15
16
17

    IT IS ADJUDGED that the above-captioned action is **DISMISSED
WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily
Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

18
19
20
21
22

DATED: December 9, 2013

23

_____

24
25

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

26
27
28